UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL BOROVSKY GOLDSMITH LLC, )
)
Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. ) **CASE NO. 5:17-cv-197-D**
)
JEWELERS MUTUAL INSURANCE COMPANY,)
)
Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 19] and DENIES plaintiffs motion for partial summary judgment [D.E. 27]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on January 9, 2019, and Copies To:**

| | |
|---|---|
| Adam M. Gottsegen | (via CM/ECF electronic notification) |
| Wayne D. Taylor | (via CM/ECF electronic notification) |
| Michelle A. Sherman | (via CM/ECF electronic notification) |
| Andrew A. Vanore, III | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK

January 9, 2019  (By) /s/ Nicole Sellers
 Deputy Clerk